IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIE JAMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cv-129-RAH-KFP |
| ) | |
| RICE BANKING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case was recently reassigned to the undersigned. It is hereby ORDERED that the stay issued by this Court on July 13, 2020 (*see* Doc. 16) is LIFTED.

Further, upon consideration of the Stipulation of Dismissal of Defendant Rice Banking Company, (*see* Doc. 18),[1] filed on April 8, 2021, which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is hereby dismissed with prejudice by operation of Rule 41(a)(1).

The Clerk of the Court is DIRECTED to close the case.

DONE, on this the 12th day of April, 2021.

    /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The stipulation of dismissal refers to Defendant Rice Banking Company as "Rice Acceptance Company, Inc." However, the Defendant was named as Rice Banking Company in the Plaintiff's complaint. (*See* Doc. 1.)